# COMPLAINT
(for filers who are prisoners without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 OCT 17 P 1: 30
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Richard Lamont Jr; Austin

v.

(Full name of defendant(s))

Washington County Circuit Court
- Hon. Jeffrey A. Jaeger
- Hon. Todd K. Martens
- Hon. Dolores A. Bomrad    (see attached)

Case Number:

**19-C-1529**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__Washington County Jail 500 Ralphs ave, West Bend, WI 53090__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __See attachment__
(Name)
is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

# Defendent List

- Washington County
- Washington County District Attourey's
    - Mark D. Benson
    - Kim A Lechner
    - Katherine Romanowich
- Washington County Child Support Agency
    - Child Support Agency employee's
        - Brenda Gonzalez
        - Braedy P. Helmbrecht
        -
- Washington County Sheriff's Dept.
    - Sheriff Schulties
    - Sgt Hanson
    - Deputy Fletcher
- Washington County Jail
- City of West Bend
    - Mayor Kraig Sadownikow
- Suzanne Grady
  713 Clinton St. Apt 203
  Horican, WI 53032

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Washington County, Wisconsin_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plantiff, Richard Lamont Jr; Austin is an inmate at the Washington county Jail. He is serving a sentence for contempt of court for willful failure to pay child support. Todd K. Martens made and enforced this order based on prior court proceedings of Jeffrey Joeger and Dolores Bomrad. Prior proceedings were initiated by the Washington county Child Support agency's unproven claim that Mr. Austin owed a debt to the Child support agency. Mr. Austin's incarceration began

on Sept 26th, 2019 because of the fraudulent claim made by that agency. Mr Austins property has also had leins placed upon them and other property confiscated without any proof of claim. The child support agency has entered into co operative agreements with the Circuit Court to facilitate this fraud and deny Mr Austins Right to Due Process and trespass against his civil rights.
  Mr Austin seeks compensation for his damages, procecution for crimes committed against him, and punitive damages plus costs.
  All defendents had knowledge of this fraud or knew of the co·operative agreements between the Child Support Agency and the courts and benifited from this theft/fraud.

C.  **JURISDICTION**

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking damages totaling $250,000,000.00 plus costs and all parties involved to be criminaly prosecututed, never again to hold office in the public, county or state capacity again.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __13th__ day of __October__ 20__19__.

Respectfully Submitted,

_____
Signature of Plaintiff

__14744__
Plaintiff's Prisoner ID Number

__c/o 2111 Barton ave #4__
__West Bend, wisconsin [53090]__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:19-cv-01529-JPS    Filed 10/17/19    Page 6 of 6    Document 1