# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 DEC -6 P 2: 44
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Richard L. Jr; Austin

v.

(Full name of defendant(s))

Attached

Case Number:

19-C-1529

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__2111 Barton ave. #4, West Bend, wisconsin [53090]__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Attached__
(Name)

Complaint – 1

Case 2:19-cv-01529-JPS   Filed 12/06/19   Page 1 of 6   Document 13

# DEFENDENTS LIST

- THE STATE OF WISCONSIN
- THE STATE OF WISCONSIN / GOVENOR TONY EVERS
- THE STATE OF WISCONSIN / ATTORNEY JOSH KAUL
- THE STATE OF WISCONSIN / WASHINGTON COUNTY PROBATION AND PAROLE ANGENCY
- WASHINGTON COUNTY WISCONSIN
- DODGE COUNTY WISCONSIN
- WAHINGTON COUNTY SHERIFF'S DEPT.
    - SERGENT ROSOWICZS
    - OFFICER VARGO
    - OFFICER KODE
    - CAPT. LEHMANN
    - CAPTAIN MILLER
- WASHINGTON COUNTY CIRCUIT COURT
- WASHINGTON COUNTY JUDGES / COMMISIONERS / MAGESTATES
    - TODD K. MARTENS
    - JEFFEREY A. JAEGER
    - DOLORES A. BOMRAD
    - JAMES K. MUEHLBAUER
- Ozaukee county court commissioner/ judge
    - Sandy A. Williams
- WASHINGTON COUNTY DISTRICT ATTORNEY'S OFFICE
    - WASHINGTON COUNTY DA'S
        - MARK BENSON
        - KIM A. LECHNER
        - KATHERINE ROMONOWICH
- WASHINGTON COUNTY CHILD SUPPORT AGENCY ET AL.
- CITY OF WEST BEND WISCONSIN
    - MAYOR OR WEST BEND / KRAIG SADOWNIKOW
- CITY OF WEST BEND WISCONSIN POLICE DEPT.
- VILLAGE OF SLINGER
- VILLAGE OF SLINGER POLICE DEPT.
- SUZANNE GRADY / BARRY GRADY
    713 Clinton St. apt. 203
    Horicon, WI 53032
- ET AL.

is (if a person or private corporation) a citizen of ___WI___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Washington County Child Support Agency has commited fraud against myself and my children, stolen my property, sent out fraudulent Income withholding orders and also placed liens against my property. They have done this by entering into a co-operitive agreement with the Judges/commisioners and the Washington County Court along with the State of Wisconsin. The Washington County Court and Judges have

Complaint – 2

also had me incarcerated for 22 days, denied me any Due Process of Law. The child support agency and Courts can provide any Proof of Jurisdiction nor have provided any Proof of claim at any point to justify their action.

Mr. Austin is seeking compensation for his damages, prosecution for the crimes commited against him and also punitive damages including costs.

All defendents have been aware of the crimes they commited and have continualy violated my civil rights to commit these. by Refusing to provide any ~~somte~~ Due Process

Complaint - 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking damages in the amount of $250,000,000.00 plus costs and punitive fines. I demand all wrongdoers be held criminaly responsible and all parties terminated from positions which consented to the crimes they are guilty of.

Complaint – 4

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 2nd day of December 2019.

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

(262) 277-9793
Plaintiff's Telephone Number

rickjr1414@gmail.com
Plaintiff's Email Address

2111 Barton ave #4
West Bend, Wisconsin [53090]
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5