# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RICHARD L. AUSTIN, JR.,

                Plaintiff,

v.

WASHINGTON COUNTY, MARK D. BENSON, KIM A. LECHNER, KATHERINE ROMANOVICH, BRENDA GONZALEZ, BRAEDY P. HELMBRECHT, SHERIFF SCHULTIES, SGT. HANSON, DEPUTY FLETCHER, WASHINGTON COUNTY JAIL, KRAIG SADOWNIKOW, SUZANNE GRADY, STATE OF WISCONSIN, TONY EVERS, JOSH KAUL, WASHINGTON COUNTY PROBATION AND PAROLE AGENCY, SGT. ROSOWICZS, OFFICER VARGO, OFFICER KODE, CAPTAIN LEHMANN, CAPTAIN MILLER, WASHINGTON COUNTY CIRCUIT COURT, TODD K. MARTENS, JEFFREY A. JAEGER, DOLORES A. BOMRAD, JAMES K. MUEHLBAUER, SANDY A. WILLIAMS, WASHINGTON COUNTY DISTRICT ATTORNEYS OFFICE, WASHINGTON COUNTY CHILD SUPPORT AGENCY, CITY OF WEST BEND, CITY OF WEST BEND POLICE DEPARTMENT, VILLAGE OF SLINGER, VILLAGE OF SLINGER POLICE DEPARTMENT, GRADY BARRY, and DODGE COUNTY,

                Defendants.

Case No. 19-CV-1529-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for want of prosecution.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

January 17, 2020      *s/ Jodi L. Malek*
Date      By: Deputy Clerk